AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>MCCALLA, JON P | 2. Court or Organization<br><br>U.S. DISTRICT COURT | 3. Date of Report<br><br>05/08/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE (ACTIVE) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>167 N. MAIN STREET<br>9TH FLOOR<br>MEMPHIS, TN 38103 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2008 MAY 19 A 11: 35
RECEIVED
FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P | 05/05/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | MCCALLA EAR, NOSE & THROAT, P.C. - PHYSICIAN |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P | 05/05/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | FIRST TENNESSEE BANK | MORTGAGE ON COMMERCIAL BUILDING, PART VII, LINE 47 | N |
| 2. | FIRST TENNESSEE BANK | MORTGAGE ON LAND (NOT HELD FOR INVESTMENT OR PRODUCTION OF INCOME) | M |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 1ST TN BANK - CHECKING/ SAVING, MEMPHIS, TN | A | Interest | J | T | | | | | |
| 2. ▮▮▮▮FARMS, SHELBY CO, TN | A | Rent | K | R | | | | | |
| 3. SHS TRUSTMARK BANK COMMON | B | Dividend | K | T | | | | | |
| 4. ▮▮▮ LAND #1, SHELBY COUNTY, TN 12/16/94 | A | Rent | K | Q | | | | | |
| 5. ▮▮▮ LAND #2, SHELBY COUNTY, TN 11/28/94 | A | Rent | J | Q | | | | | |
| 6. ▮▮▮ LAND #3, SHELBY COUNTY, TN 11/28/94 | A | Rent | J | Q | | | | | |
| 7. SHS TRUSTMARK BANK COMMON | C | Dividend | L | T | | | | | |
| 8. IRA-MORGAN STANLEY-CASH | | None | | | CLOSED | 01/26 | J | | |
| 9. IRA-WACHOVIA-FIRST EAGLE | C | Dividend | M | T | | | | | |
| 10. IRA-WACHOVIA-NEW PERSPECTIVE | A | Dividend | L | T | | | | | |
| 11. IRA-WACHOVIA-FLOWERS INDUSTRIES SHS COMMON | A | Dividend | J | T | | | | | |
| 12. SHS HANOVER INS | A | Dividend | J | T | | | | | |
| 13. SHS ALCATEL-COMMON | A | Dividend | J | T | | | | | |
| 14. AMERICAN GROWTH FUND | C | Dividend | K | T | | | | | |
| 15. INVESTMENT CO OF AMERICA | B | Dividend | K | T | | | | | |
| 16. AMERICAN NEW PERSPECTIVES FUND | B | Dividend | K | T | | | | | |
| 17. MEMPHIS ENT NETWORK, MEMPHIS, TN | | None | | | CLOSED | 06/30 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. FRACTIONAL INTERESTS IN ▉ LAND, SHELBY CO., TN | A | Rent | K | W | | | | | |
| 19. FRACTIONAL INTEREST IN ▉ LAND, INHERITED | A | Rent | L | W | | | | | |
| 20. IRA-WACHOVIA-AIM CONSTELLATION-FORMER AGRESSIVE GROWTH | A | Dividend | J | T | | | | | |
| 21. IRA-WACHOVIA-MUNDER NET NET FUND | | None | | | SELL | 02/16 | J | A | |
| 22. AGERE CL B COMMON | | None | J | T | | | | | |
| 23. AGERE CL A COMMON | | None | J | T | | | | | |
| 24. IRA-WACHOVIA-AM GROWTH FUND OF AMERICA | A | Dividend | K | T | | | | | |
| 25. IRA-WACHOVIA-PUTNAM MID CAP VALUE | | None | | | SELL | 02/16 | K | D | |
| 26. IRA-WACHOVIA-CALAMOS GROWTH FUND | B | Dividend | L | T | | | | | |
| 27. PUTNAM MID CAP VALUE | D | Dividend | L | T | | | | | |
| 28. CALAMOS GROWTH FUND | D | Dividend | K | T | | | | | |
| 29. ING INTL VALUE FUND | D | Dividend | K | T | | | | | |
| 30. ROTH-FIRST TENNESSEE | A | Interest | J | T | | | | | |
| 31. IRA-WACHOVIA-VAN KAMPEN GROWTH & INCOME | A | Dividend | K | T | | | | | |
| 32. IRA-WACHOVIA-GROWTH FUND OF AMERICA | A | Dividend | L | T | | | | | |
| 33. IRA-WACHOVIA-DISCOVER BK CD | A | Interest | J | T | | | | | |
| 34. IRA-WACHOVIA-ALLSTATE T-LINK ANNUITY | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. GROWTH FUND OF AMERICA | A | Dividend | K | T | | | | | |
| 36. COMMERCIAL REAL ESTATE-MEMPHIS, TN | E | Rent | N | R | | | | | |
| 37. IRA-WACHOVIA-GENERAL ELECTRIC | B | Dividend | K | T | | | | | |
| 38. IRA-WACHOVIA-PIMCO COMMOD REAL RET STRAT | C | Dividend | L | T | | | | | |
| 39. AXA COMMON | A | Dividend | J | T | | | | | |
| 40. IRA-WACHOVIA-HOTCHKIS & WILEY LRG CAP VAL | A | Dividend | K | T | | | | | |
| 41. PUTNAM FLOATING RATE | C | Dividend | K | T | | | | | |
| 42. IRA-MORGAN STANLEY-LIQUID ASSET ACCOUNT | | None | | | CLOSED | 01/26 | J | | |
| 43. MORGAN STANLEY ACTIVE ASSETS MONEY TRUST ACCOUNT | | None | | | CLOSED | 01/26 | J | | |
| 44. MORGAN STANLEY ACTIVE ASSETS MONEY TRUST | | None | | | CLOSED | 01/26 | J | | |
| 45. IRA-WACHOVIA-HOTCHKIS & WILEY LRG CAP VALUE | A | Dividend | L | T | | | | | |
| 46. HOTCHKIS & WILEY LRG CAP VALUE | B | Dividend | K | T | | | | | |
| 47. IRA-WACHOVIA-NUVEEN TRADEWINDS | A | Dividend | K | T | | | | | |
| 48. IRA-WACHOVIA-CASH | A | Interest | J | T | BUY | 01/26 | J | | |
| 49. WACHOVIA BANK DEPOSIT SWEEP | A | Interest | J | T | BUY | 02/26 | J | | |
| 50. IRA-WACHOVIA-ALLIANCE BERNSTEIN INTL VALUE CL C | A | Dividend | K | T | BUY | 02/20 | K | | |
| 51. IRA-WACHOVIA-CALAMOS MARKET NEUTRAL FD CL C | A | Dividend | K | T | BUY | 02/20 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCCALLA, JON P | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. IRA-WACHOVIA-MUNDER FDS INC GROWTH MID-CAP CORE GROWTH | A | Dividend | J | T | BUY | 02/20 | J | | |
| 53. WASHINGTON MUTUAL BANK CD | A | Interest | J | T | BUY | 09/27 | J | | |
| 54. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

SCHEDULE VII, LINE 2
1/3 INTEREST IN ███████████ SHELBY COUNTY, TENNESSEE WAS PURCHASED ON JULY 20, 1982 FOR $96,800. THIS LAND IS IN AGRICULTURAL USE.

SCHEDULE VII, LINE 4
INHERITED AN UNDIVIDED 1/12 INTEREST IN ████LAND IN SHELBY COUNTY, TENNESSEE, DEED DATED 12/16/94.

SCHEDULE VII, LINES 5 & 6
RECEIVED AN UNDIVIDED 1/6 INTEREST IN ████LAND AND AN UNDIVIDED 1/12 INTEREST IN ████LAND LOCATED IN SHELBY COUNTY, TENNESSEE, DEEDS DATED 11/28/94.

SCHEDULE VII, LINE 18
FRACTIONAL INTERESTS IN ████ LAND IN SHELBY COUNTY, TENNESSEE GIFTED IN 2000.

SCHEDULE VII, LINE 19
FRACTIONAL INTEREST IN ████ LAND IN SHELBY COUNTY, TENNESSEE INHERITED IN 1992.

SCHEDULE VII, LINE 36
COMMERCIAL REAL ESTATE WAS PURCHASED 8/3/03 FOR $479,988.

SCHEDULE VII, LINES 8, 42, 43 & 44
THE CASH ACCOUNTS WERE CLOSED.

SCHEDULE VII, LINE 17
THE PARTNERSHIP WAS TERMINATED.

SCHEDULE VII, LINES 9, 10, 11, 20, 21, 24, 25, 26, 31, 32, 33, 34, 37, 38, 40, 45 & 47
THE IRA ACCOUNTS WERE TRANSFERRED FROM MORGAN STANLEY TO WACHOVIA.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signat

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALS̶-̶-̶-̶-̶-̶-̶-̶-̶-̶-̶THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544